THE LAW OFFICE OF OMID NOSRATI
Omid Nosrati, Esq. (SBN 216350)
Tatiana Toroyan, Esq. (SBN 298970)
Stephanie Hernandez, Esq. (SBN 311739)
1875 Century Park East, 6th Floor
Los Angeles, California 90067
Telephone: (310) 553-5630
Facsimile: (310) 553-5691
Email: omid@nosratilaw.com
Email: tatiana@nosratilaw.com
Email: stephanie@nosratilaw.com

Attorneys for Plaintiff,
ASTIN HENRY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ASTIN HENRY, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL OILWELL VARCO, L.P., a foreign Limited Partnership; DNOW, L.P., a foreign Limited Partnership; KAY WILBANKS, an Individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-00815-JFW (GJSx)<br><br>{Assigned for all purposes to the Honorable John F. Walter, Courtroom 7A}<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed: December 9, 2016<br>Trial Date:       December 19, 2017 |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff ASTIN HENRY ("Plaintiff"), and Defendants, DNOW, L.P. and KAY WILBANKS have resolved this matter and therefore stipulate to dismiss all claims in this action *with prejudice*. Each party is responsible for their own attorney's fees and costs.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part as follows:

"(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

    (ii) a stipulation of dismissal signed by all parties who have appeared."

The parties agree that the Court retains jurisdiction in order to enforce the terms of the settlement.

Dated: June 30, 2017

THE LAW OFFICE OF OMID NOSRATI

By: /s/ Omid Nosrati
OMID NOSRATI
Attorney for Plaintiff,
ASTIN HENRY

Dated: August 7, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
CHRISTIAN J. KEENEY
JENNIFER YANNI
Attorneys for Defendants,
DNOW, L.P. and KAY WILBANKS